No. 628. STEWART ET AL. *v.* CAPITAL TRANSIT Co. February 5, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and mo-

658

tion for leave to proceed further *in forma pauperis*, denied. *Mr. Emory B. Smith* for petitioners.